UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STACI ELIZABETH NIKE, | Case No:  C 10-01211 SBA |
| Plaintiff, | **ORDER** |
| vs. | |
| COMMISSIONER OF SSA, | |
| Defendant. | |

On June 2, 2010, the Court denied Plaintiff's application to proceed in forma pauperis and ordered her to pay the filing fee of $350.00 by no later than July 2, 2010.  Dkt. 4.  The Court warned Plaintiff that the failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice.  Id.  To date, Plaintiff has not paid the filing fee.  Accordingly,

IT IS HEREBY ORDERED THAT

1.      This action is DISMISSED without prejudice.

2.      The Clerk shall close the file and terminate any pending matters.

IT IS SO ORDERED.

Dated:  March 29, 2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge